■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER NGUYEM, Appellant. [639 NYS2d 703] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered January 6, 1992, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual

review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be without merit. O'Brien, J. P., Sullivan, Copertino and Joy, JJ., concur.